ALDERSON, Appellant, vs. CARMODY and another, Respondents.

*March 15—April 4, 1917.*

*Trial: Special verdict: Changing findings: Replevin.*

Findings in a special verdict in an action of replevin are *held* to be supported by the evidence, and it was error for the trial court to change them.

APPEAL from a judgment of the circuit court for Grant county: GEORGE CLEMENTSON, Circuit Judge. *Reversed.*

This was an action of replevin for a two-year-old steer brought in justice's court, which resulted in judgment that the plaintiff and appellant was entitled to possession of the property, that the defendants unjustly took and detained the

same, and that the damage was $1. Judgment was entered accordingly, from which an appeal was taken to the circuit court, where the action was tried and the jury returned the following verdict:

"(1) Was the steer that the defendants drove away from the cattle of the plaintiff upon the 6th day of October last the steer of the plaintiff, *Alderson?* *A.* Yes.

"(2) Was the steer that the sheriff took possession of under the writ in this action and placed in the custody of James Carmody and took a receipt therefor from him, the same steer that the sheriff subsequently, on October 18th, took from James Carmody's possession and gave to him a receipt therefor? *A.* No.

"(3) Was the steer that the sheriff on October 18th took from James Carmody and proffered to the plaintiff as his, the same steer that the sheriff had on October 8th replevied in this case? *A.* No."

The plaintiff moved for judgment on the verdict and the defendants moved that the court change the answer to the first question to "No" and the answers to the second and third questions to "Yes," and for judgment on the verdict as so amended. The plaintiff's motion for judgment was denied and the defendants' motion granted.

Judgment was entered accordingly in favor of the defendants, from which this appeal was taken.

*Frank C. Meyer* and *Harry E. Carthew,* both of Lancaster, for the appellant.

For the respondents there was a brief by *Cleary & Cleary* of Platteville, and oral argument by *T. L. Cleary.*

KERWIN, J. The only question necessary to consider upon this appeal is whether the verdict was supported by the evidence. If it was, the court below was in error in changing the answers of the jury and in awarding judgment to the defendants. Careful examination of the evidence convinces us that there was ample evidence to support the verdict, and

that the court below committed error in changing the answers in the special verdict and denying the plaintiff's motion for judgment upon the verdict as returned by the jury.

*By the Court.*—The judgment of the court below is reversed, and the action remanded with instructions to reinstate the answers in the special verdict as found by the jury, and render judgment for the plaintiff with costs.